UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| CHARLES F. MALLOY, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| VS. | ) | CIVIL ACTION NO. |
| | ) | |
| OCWEN LOAN SERVICING, LLC, ET AL., | ) | 3:18-CV-0379-G (BH) |
| | ) | |
| Defendants. | ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the U.S. Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the court is of the opinion that the findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the court.

For the reasons stated in the findings, conclusions, and recommendation of the U.S. Magistrate Judge, the plaintiff's motion to remand (docket entry 10) is **DENIED**, and the motion to dismiss filed by the defendant Wells Fargo Bank, National Association, individually and as trustee for Option One Mortgage Loan Trust 2007-FXD2 Asset-Backed Certificates, Series 2007-FXD2 (docket entry 12) is

**GRANTED**. By separate judgment, this case is **DISMISSED** without prejudice for lack of subject matter jurisdiction.

    **SO ORDERED.**

October 26, 2018

*[signature: A. Joe Fish]*
**A. JOE FISH**
**Senior United States District Judge**